IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CITY OF SEATTLE, et al.,<br>Plaintiffs-Appellees,<br>v.<br>TRUMP, et al.,<br>Defendants-Appellants. | No. 26-5553 |

**UNOPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, the defendants respectfully request that proceedings in this matter be held in abeyance pending this Court's issuance of the mandate in *County of King v. Turner*, No. 25-3664, which involves similar legal issues as the above-captioned case. This Court has already granted similar motions to hold other similar appeals in abeyance pending issuance of the mandate in that case, and doing so here is appropriate for the same reasons. In support of this motion, defendants state the following:

1. Plaintiffs in this case—cities and counties from across the country—challenge numerous federal agencies' authority to implement

certain provisions of two executive orders—Executive Order No. 14173, Ending Illegal Discrimination and Restoring Merit-Based Opportunity (DEI Order) and Executive Order No. 14168, Defending Women From Gender Ideology Extremism and Restoring Biological Trust to the Federal Government (Gender Identity Order). The district court granted plaintiffs' motion for a preliminary injunction, prohibiting defendants from enforcing the challenged provisions against them. *City of Seattle v. Trump*, No. 2:25-CV-1435 (W.D. Wash. Oct. 31, 2025), Dkt. 85. Defendants filed a timely appeal of that preliminary injunction.

2. The same district court judge issued a similar injunction last year preventing federal agencies from imposing substantially similar conditions on grants awarded to the plaintiffs in that case. Preliminary Injunction Order, *County of King v. Turner*, No. 2:25-cv-00814-BJR (W.D. Wa. June 3, 2025), Dkt. No. 169. The federal government appealed in that case. *County of King v. Turner*, No. 25-3664. On August 25, 2026, a panel of this Court issued a decision affirming in part and remanded in part the district court's preliminary injunction. But the mandate has not yet issued and the parties' time to seek further review of the panel decision has not yet run.

3. The issues in this appeal are substantially similar to the issues on appeal in *County of King v. Turner*. A stay of proceedings will promote judicial economy and conserve resources, as final resolution of the appeal in *County of King* will inform the parties' briefing here. Defendants therefore respectfully request that this case be held in abeyance until the mandate issues in case number 25-3664.

4. This Court granted a similar unopposed motion to hold an appeal of an earlier preliminary injunction in this case (*City of Seattle v. Trump*, No. 25-8096) in abeyance pending issuance of the mandate in case number 25-3664.

5. Defendants have consulted with plaintiffs, who do not oppose this motion.

## CONCLUSION

For the foregoing reasons, defendants respectfully request that the Court hold this appeal in abeyance pending issuance of the mandate in *County of King v. Turner*, No. 25-3664.

Respectfully submitted,

*s/ Jack Starcher*

JACK STARCHER
*Attorney, Appellate Staff*
*Civil Division, Room 7515*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-8877*
*john.e.starcher@usdoj.gov*

September 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Rule 27(d)(2)(A) because it contains 441 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Jack Starcher*

Jack Starcher

## CERTIFICATE OF SERVICE

I certify that on September 4, 2026, I filed and served the foregoing Motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate ACMS system. I also hereby certify that the participants in the case are registered ACMS users and will be served via the ACMS system.

*s/ Jack Starcher*
Jack Starcher